No. PD-_____

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 19 2015

Abel Acosta, Clerk

I N   T H E

COURT OF CRIMINAL APPEALS OF TEXAS

JAMARIOS LECHRISTOPHER CANTON,

Appellant-Petitioner

-vs-

THE STATE OF TEXAS,

Appellee-Respondent

FILED IN
COURT OF CRIMINAL APPEALS

JUN 19 2015

Abel Acosta, Clerk

On Petition Seeking Discretionary Review Of
Court Of Appeals No. 12-12-00118-CR
Court Of Appeals For The Twelfth Court Of Appeals District
Affirming The Conviction And Sentence In
Trial Court Case No. F1017409 Out Of
The 145th Judicial District Court Of Nacogdoches County, Texas

**PETITIONER'S MOTION REQUESTING AN EXTENSION OF TIME
FOR FILING HIS PRO SE PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE JUDGES OF THE COURT:

INTO COURT comes Jamarios LeChristopher Canton ("Canton"), Petitioner _pro se_ in this case, and respectfully moves this Court to grant him an extension of time in which to file his petition for discretionary review ("PDR"), of the decision and judgment of the Twelfth Court of Appeals, entered on December 20, 2012, in No. 12-12-00118-CR, affirming the trial court's judgment in Cause No. F1017409 rendered by the 145th Judicial District Court of Nacogdoches County, Texas. In support of this motion, Canton offers the following:

I.

Canton had applied for a writ of habeas corpus under Article 11.07 of the Texas Code of Criminal Procedure and in a _per curiam_ Opinion this Court ordered that Canton "is granted an opportunity to file an out-of-time petition for discretionary review...." _Ex parte Canton_, No. WR-81,430-02 (Tex. Crim. App. April 22, 2015). Canton will seek review of the Court of Appeals' judgment, that was

-1-

rendered and entered by the Twelfth Court of Appeals. See Canton v. State, 2012 WL 6674421 (Tex.App.-Tyler Dec. 20, 2012). This Court has allowed for Canton to file his PDR "within 30 days of the date on which this Court's mandate issues." Ex parte Canton, No. WR-81,430-02 (Tex.Crim.App. Apr. 22, 2015) (per curiam).

This Court's mandate issued on May 18, 2015; accordingly, Canton has until June 17, 2015, to submit his PDR to this Court. Canton seeks an extension of 60 days, up to and including Sunday, August 16, 2015, to submit his petition.

## II.

On May 28, 2015, Canton submitted his APPELLANT-PETITIONER'S MOTION TO RE-VIVE AND REINSTATE HIS PREVIOUSLY FILED PETITION FOR DISCRETIONARY REVIEW, seeking to have the PDR that had been submitted on March 22, 2013, and dismissed by the Court as having been "untimely filed," reinstated as the "live" petition.

Canton asks for a sixty-day (60) extension so that the Court will be given sufficient time to consider and rule on the motion to reinstate. Alternatively, if the Court overrules or denies Canton's motion to reinstate, the extension also will provide Canton with the time he will need to prepare another petition by copying the carbon copy of the original PDR in his files; and to have the exhibits contained in the APPENDICES xeroxed.

## III.

This is Canton's first request for an extension of time following the rendition and entry of the Court's April 22, 2015, per curiam Opinion granting Canton an opportunity to submit an out-of-time PDR. However, prior to submitting a PDR in the first instance on March 22, 2013, Canton had requested, and was granted an extension of time.

Canton apologizes to this Court for the necessity of this extension, and he certifies that he does not request it for the purposes of delay, or to harass the Appellee-Respondent, and he believes that any extensions will not prejudice the State.

## P R A Y E R

WHEREFORE, PREMISES CONSIDERED, Canton respectfully prays that this Honorable Court will grant him an extension of sixty (60) days, up to and including Sunday, August 16, 2015, for submitting his PDR to this Court.

Respectfully submitted,

JAMARIOS L. CANTON, pro se
Robertson Unit, TDCJ No. 1771951
12071 FM 3522
Abilene, Texas 79601-8799

## VERIFICATION BY UNSWORN DECLARATION

I, Jamarios L. Canton, TDCJ-CID No. 1771951, being presently incarcerated at the Robertson Unit of the Correctional Institutions Division of the Texas Department of Criminal Justice, located in Jones County, Texas, declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this, the ELEVENTH day of JUNE, 2015.

JAMARIOS L. CANTON

## CERTIFICATE OF SERVICE

I, Jamarios L. Canton, Petitioner pro se, do hereby certify that a true and correct carbon copy of the above and foregoing PETITIONER'S MOTION REQUESTING AN EXTENSION OF TIME FOR FILING HIS PRO SE PETITION FOR DISCRETIONARY REVIEW, has been served on the following individuals by regular U.S. Postal Service first class mail, by depositing same enclosed in a postpaid and properly addressed envelope, into the prison's internal Legal Mail System, under the established Prison Mailbox Rule, on the TWELFTH day of JUNE, 2015, mailed to:

> Ms. Nicole Lostracco, Esq.
> Nacogdoches County District Attorney
> Nacogdoches County Courthouse
> 101 West Main Street, Suite 250
> Nacogdoches, Texas  75961

and to;

> Hon. Lisa McMinn, Esq.
> State Prosecuting Attorney
> P.O. Box 13046 -- Capitol Station
> Austin, Texas  78711-3046

_____
JAMARIOS L. CANTON

JAMARIOS L. CANTON
1771951 Robertson Unit
12071 FM 3522
Abilene, Texas 79601-8799

June 11, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 17 2015

Abel Acosta, Clerk

Honorable Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O. Box 12308 -- Capitol Station
Austin, Texas 78711-2308

RE:   Court of Criminal Appeals No. _____
      Court of Appeals No. 12-12-00118-CR
      Trial Court Case No. F1017409

STYLE: Jamarios LeChristopher Canton v. The State of Texas

Dear Mr. Acosta:

Please find enclosed the original only of my PETITIONER'S MO-
TION REQUESTING AN EXTENSION OF TIME FOR FILING HIS PRO SE PETI-
TION FOR DISCRETIONARY REVIEW, for filing among the papers in the
above referenced action.

Be advised that I have forwarded carbon copies of same to Ms.
Nicole Lostracco, Esq., the District Attorney of Nacogdoches Coun-
ty, and to Ms. Lisa McMinn, Esq., the State's Prosecuting Attorney
at their respective offices, under cover of a carbon copy of this
letter.

Once again I thank you so much, in advance, for your kind and
patient assistance with this matter..

Very respectfully, I remain,
Your obedient servant,

JAMARIOS L. CANTON, pro se

JLC/grs

cc: Ms. Lisa McMinn, Esq.
     Ms. Nicloe Lostracco, Esq.
     Mr. Gordon R. Simmonds

Enclosure: As stated above